PROB 12C
(6/16)

Report Date: December 7, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Allexzander Ruben Vijarro    Case Number: 0980 1:14CR02039-RMP-1

Address of Offender:    Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 12, 2015

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1), 924(a)(2)

Original Sentence:    Prison - 33 months;    Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon    Date Supervision Commenced: August 17, 2016

Defense Attorney:    Diane E. Hehir    Date Supervision Expires: August 16, 2019

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 5, 2016, Mr. Vijarro provided a urinalysis sample which tested presumptive positive for cocaine.<br><br>On December 5, 2016, Mr. Vijarro reported to the United States Probation Office as directed. This officer collected a urinalysis sample from him. The sample was tested onsite and yielded a presumptive positive result for cocaine. Mr. Vijarro admitted to the use and signed a drug use admission form. |
| 2 | **Special Condition #17:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervision officer and treatment provider. |

Prob12C
**Re: Vijarro, Allexzander Ruben**
**December 7, 2016**
**Page 2**

**Supporting Evidence**: On November 22 and 23, 2016, Mr. Vijarro failed to attend treatment sessions at Merit Resources Services (Merit).

On December 7, 2016, this officer spoke with a staff member at Merit who advised Mr. Vijarro was a no call, no show for a one-on-one session with his counselor on November 22, 2016, and for a group session on November 23, 2016. The staff member further advised Mr. Vijarro's file would be closed due to the missed sessions and failed urinalysis test this officer received.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jonathan G. Barcom

December 7, 2016

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/7/2016
Date