Report Date: August 11, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Allexzander Ruben Vijarro    Case Number: 0980 1:14CR02039-SAB-1

Address of Offender:                             , Sunnyside, Washington 98944

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 12, 2015

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 33 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon              Date Supervision Commenced: August 17, 2016

Defense Attorney:        Jeffrey S. Dahlberg           Date Supervision Expires: August 16, 2019

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/07/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #16** : You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On or about July 6, 2017, Mr. Vijarro consumed alcohol.

Mr. Vijarro's conditions were reviewed with him on August 18, 2016.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 16, as noted above.

On July 6, 2017, Mr. Vijarro provided a urinalysis sample at Merit Resource Services.  The sample was sent to Cordant Health Solutions (Cordant) for testing.  On July 13, 2017, Cordant reported the sample was positive for alcohol with an Ethyl glucuronide level of 36,495 ng/mL with a cutoff level of 250 ng/mL and an Ethyl sulfate level of 2,526 ng/mL with a cutoff level of 100 ng/mL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___August 11, 2017_____

___s/Jonathan Barcom_____

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[xx]  The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

___8/14/2017_____

Date