PROB 12C
(6/16)

Report Date: September 13, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Allexzander Ruben Vijarro      Case Number: 0980 1:14CR02039-SAB-1

Address of Offender:      Sunnyside, Washington 98944

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 33 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | August 17, 2016 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: | August 16, 2019 |

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/07/2016 and 08/11/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 12, 2017, Mr. Vijarro was indicted by the United States Grand Jury in violation of 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition. |
| | Mr. Vijarro's conditions were reviewed with him on August 18, 2016. He signed his conditions acknowledging an understanding of his conditions which includes mandatary condition number 2, as noted above. |
| | According to the indictment dated September 12, 2107, for case number, 1:17-CR-2047-SAB; on or about November 25, 2016, Mr. Vijarro did knowingly possess firearms and ammunition. A warrant was issued on September 12, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/13/2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[xx] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/15/17

Date